**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK ) | |
| ) | Case No.: 16-cv-373 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ACCOUNT DISCOVERY SYSTEMS, LLC ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ACCOUNT DISCOVERY SYSTEMS, LLC'S**
**CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Account Discovery Systems, LLC, by and through its undersigned attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

1. Account Discovery Systems, LLC is a New York limited liability company with its principal place of business in the State of New York.

2. Account Discovery Systems, LLC has no parent corporation.

3. No publicly held corporation owns 10% or more interest of Account Discovery Systems, LLC

DATED:   June 27, 2016

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s  Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com