**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK ) | |
| ) | Case No.: 16-cv-373 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ACCOUNT DISCOVERY SYSTEMS, LLC ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ACCOUNT DISCOVERY SYSTEMS, LLC'S
<u>CORPORATE DISCLOSURE</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Account Discovery Systems, LLC, by and through its undersigned attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

1. Account Discovery Systems, LLC is a New York limited liability company with its principal place of business in the State of New York.

2. Account Discovery Systems, LLC has no parent corporation.

3. No publicly held corporation owns 10% or more interest of Account Discovery Systems, LLC

DATED: June 27, 2016

                                         **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                                         /s Brendan H. Little
                                         Brendan H. Little, Esq.
                                         Attorneys for Defendant
                                         50 Fountain Plaza, Suite 1700
                                         Buffalo, NY 14202
                                         P: 716-853-5100
                                         F: 716-853-5199
                                         blittle@lippes.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I electronically filed the foregoing Corporate Disclosure via the CM/ECF system, which should then send notification of such filing to all counsel of record. I further certify that the foregoing Corporate Disclosure was sent to the following via United States Mail:

David Mack, Pro Se
7720 McCallum Blvd.
No. 2099
Dallas, TX 75252

                                                     s/ Brendan H. Little
                                                     Brendan H. Little