

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

DAVID E. MACK                          §
    **Plaintiff,**                 §
                                    §
v.                                     §       **Case No. 4:16-cv-373-ALM-CAN**
                                      §
**ACCOUNT DISCOVERY**                   §
**SYSTEMS, LLC**                        §
    **Defendant.**                §
                                      §
                                      §

## <u>NOTICE OF SERVICE OF DISCLOSURES REQUIRED BY  FED. R. CIV. P. 26(a)(1)</u>

      COMES NOW the Plaintiff who Notices the Court of service of the Disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for the Defendant in this cause of action on July 22, 2016.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated:  July 22, 2016

David E Mack

Brendan H. Little
LIPPES MATHIAS WEXLER
FRIEDMAN LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202