# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:16CV373 |
| | § | |
| ACCOUNT DISCOVERY SYSTEMS, LLC., | § | |
|     Defendant. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan.  By agreement of the parties, the mediator assigned is:

John Shipp
10440 North Central Expressway
Suite 800
Dallas, Texas 75231
214-265-6592

The mediation conference shall be conducted by the following date: **October 7, 2016.**

The mediator shall be responsible for communicating with all counsel to coordinate a date for the mediation.

The mediator shall file a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**
**SIGNED this 6th day of September, 2016.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE