**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK ) | |
| ) | Case No.: 16-cv-373 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ACCOUNT DISCOVERY SYSTEMS, LLC ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ACCOUNT DISCOVERY SYSTEMS, LLC'S BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

On August 26, 2016, the Plaintiff moved this Court for leave to file an Amended Complaint. (Doc. 18). Defendant Account Discovery Systems, LLC ("ADS") has no objection to said motion and consents to granting the Plaintiff leave to file an Amended Complaint.

DATED: September 6, 2016

                                     **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                                     /s Brendan H. Little
                                     Brendan H. Little, Esq.
                                     Attorneys for Defendant
                                     50 Fountain Plaza, Suite 1700
                                     Buffalo, NY 14202
                                     P: 716-853-5100
                                     F: 716-853-5199
                                     blittle@lippes.com

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that on September 6, 2016, I electronically filed the foregoing Brief via the CM/ECF system, which should then send notification of such filing to all counsel of record. I further certify that the foregoing Answer was sent to the following via United States Mail:

David Mack, Pro Se
7720 McCallum Blvd.
No. 2099
Dallas, TX 75252

                s/ Brendan H. Little
                Brendan H. Little