**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E MACK, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  4:16-CV-00373-ALM- |
| v. | § | CAN |
| | § | |
| ACCOUNT DISCOVERY SYSTEMS LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Pending before the Court is Plaintiff David E. Mack's Memorandum in Support of Motion for Leave to File Amended Pleading ("Motion") [Dkt. 18] and Plaintiff's First Amended Complaint for Violations of the Telephone Consumer Protection Act 47 U.S.C. § 227 *et seq.* ("First Amended Complaint") [Dkt. 19].   Defendant Account Delivery Systems, LLC has no objection to Plaintiff's request for leave [Dkt. 25].   After reviewing the Motion, the First Amended Complaint, Defendant's Response, and all other relevant filings, the Court finds the Motion should be **GRANTED**.  Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff David E. Mack's Memorandum in Support of Motion for Leave to File Amended Pleading [Dkt. 18] is **GRANTED** and Plaintiff's First Amended Complaint for Violations of the Telephone Consumer Protection Act 47 U.S.C. §  227 *et seq.* [Dkt. 19] is deemed filed.

**IT IS SO ORDERED**.  **Sep 19, 2016**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE