IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK<br>*Plaintiff,*<br><br>vs<br><br>ACCOUNT DISCOVERY<br>SYSTEMS, LLC<br>*Defendant.* | §<br>§<br>§<br>§ Case No 4:16-cv-00373<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the Court that a settlement of the above captioned matter has been reached between Plaintiff, David E. Mack, and Account Discovery Systems, LLC. The parties have reached agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff upon completion of all settlement matters.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: September 28, 2016

_____
David E Mack

Brendan H. Little
LIPPES MATHIAS WEXLER
FRIEDMAN LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202