IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E MACK, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-CV-00373-ALM-CAN |
| v. | § § § | |
| ACCOUNT DISCOVERY SYSTEMS LLC, | § § § | |
| Defendant. | § § | |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised by the Parties that all claims in the above-styled civil action have been resolved.

It is therefore **ORDERED** that, on or before **October 28, 2016,** all parties shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of the Court. If such papers are not received by the Court by the scheduled deadline, the Court may order the Parties and/or counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

The trial of this case and any pending deadlines are hereby **ABATED**.

**IT IS SO ORDERED**.   Sep 29, 2016

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE