IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK<br>*Plaintiff,* § § § § | |
| | Case No 4:16-cv-00373 |
| vs § § | |
| ACCOUNT DISCOVERY<br>SYSTEMS, LLC<br>*Defendant.* § § § § § | |

FILED
OCT 1 2 2016
Clerk, U.S. District Court
Texas Eastern

## MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, David E. Mack, having reached a settlement with the Defendant in the above styled cause of action brings this Motion for an Order of Dismissal WITH PREJUDICE and requests the Court enter such Order in the above styled action with each party bearing their own costs.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed October 12, 2016

David E Mack

Brendan H. Little
LIPPES MATHIAS WEXLER
FRIEDMAN LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202