# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAVID E MACK, | § |
| | § |
| | § Civil Action No. 4:16-CV-373 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| ACCOUNT DISCOVERY SYSTEMS LLC. | § |

## ORDER OF DISMISSAL

Came on to be considered this day the Motion for Order of Dismissal with Prejudice (Dkt. #47) filed in this cause by Plaintiff David E. Mack ("Plaintiff"). After considering the Motion for Order of Dismissal with Prejudice, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 13th day of October, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE