PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: David E Mack

RE: 4:16cv373 Order #34

**FILED**

RECEIVED: OCT 13 2016

Clerk, U.S. District Court
Texas Eastern

on this 23rd day of September, 2016.

SIGNED: _[signature]_
(Addressee/Agent for Addressee)